# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00554-CV

### In re Chris and Blake Glancy

---

## ORIGINAL PROCEEDING FROM TRAVIS COUNTY

---

## O R D E R

**PER CURIAM**

Relators Chris and Blake Glancy have filed a petition for writ of mandamus, and in the petition, they request that the proceedings in the trial court be stayed. *See* Tex. R. App. P. 52.1, 52.10(a). We grant this request in part and temporarily stay the jury trial setting of August 19, 2019, pending further order of this Court. *See id*. 52.10(b).

It is ordered on August 16, 2019.

Before Justices Goodwin, Baker, and Triana